IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

EDWARD SHAW,

     Appellant,

v.

     Case No.    5D22-9
     LT Case No. 2008-CF-826-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed June 7, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Edward Shaw, Crestview, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

HARRIS, SASSO and NARDELLA, JJ., concur.